FILED
CLERK, U.S. DISTRICT COURT

MAY 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 90-0822 CBM |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER OF DETENTION** |
| DERRICK SIMONE PUCKETT, | ) [Fed. R. Crim. P. 32.1(a)(6); |
| Defendant. | ) 18 U.S.C. § 3143(a)] |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.　(X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of sufficient bail resources; (2) the instant allegations indicate that he is not amenable to supervision; (3) his history of substance abuse; and (4) defendant submitted to detention request.

and/or

1 | B.    ( ) The defendant has not met his/her burden of establishing by clear and convincing
2 | evidence that he/she is not likely to pose a danger to the safety of any other person or the
3 | community if released under 18 U.S.C. § 3142(b) or (c). This finding is based
4 | on:_____
5 | _____
6 |     IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending
7 | further revocation proceedings.

8 |
9 | Dated: __May 15__, 2008.

_____
Fernando M. Olguin
United States Magistrate Judge